IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | NO. 07-0374-02 |
| NATHANIEL GRIFFIN | : | |

<u>O R D E R</u>

AND NOW, this 23rd day of July, 2009, upon consideration of the defendant's supplemental motion to suppress based on unnecessary delay (Document #106), his motion to suppress the search and seizure of physical property (Document #110), his motion for a <u>Franks</u> hearing (Document #111), and the government's response thereto, and after a hearing on the motions, it is hereby ORDERED that the motions are DENIED in their entirety.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.