IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| NATHANIEL GRIFFIN | NO. 07-374-02 |

**O R D E R**

**AND NOW**, this 7th day of May, 2021, upon consideration of *pro se* defendant's Motion for Compassionate Release (Document No. 340, filed September 29, 2020), the Government's Response in Opposition to Defendant's Motion to Reduce Sentence (Document No. 342, filed December 29, 2020), *pro se* defendant's Supplemental Motion for Compassionate Release (Document No. 344, filed January 4, 2021), the Government's Response in Opposition to Defendant's Supplemental Motion to Reduce Sentence (Document No. 353, filed February 8, 2021), and *pro se* defendant's Response to the Government's Opposition (Document No. 357, filed April 19, 2021), for the reasons stated in the accompanying Memorandum dated May 7, 2021, **IT IS ORDERED** that *pro se* defendant's Motion for Compassionate Release and Supplemental Motion for Compassionate Release are **DENIED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.