# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| NATHANIEL GRIFFIN | NO. 07-374-02 |

## O R D E R

**AND NOW**, this 27th day of June, 2023, upon consideration of Defendant's Pro Se Motion for Compassionate Release (ECF No. 386), the Government's Response thereto (ECF No. 388), and Defendant's Reply (ECF No. 391), it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**